**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George

Date:  September 11, 2014

Civil Action No.:  11-cv-02973-JLK

*Parties:*

MOE AMAN (f/k/a/MOHAMMED AMAN),

    Plaintiff,

v.

DILLON COMPANIES, INC.,

    Defendant.

*Counsel:*

Jennifer C. Robinson
Jennifer A. Wadhwa

Raymond M. Deeny
Heather Vickles

### COURTROOM MINUTES

**Trial Preparation Conference**

**10:12 a.m      Court in session.**

Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding Jury Instructions, order of witnesses, jury selection, voir dire, and trial schedule.

The case will be tried to a jury of 12, no alternate.

Discussion regarding exhibits and objections.

The following objections were OVERRULED:

    Admitted Plaintiff's Exhibits - 4, 6, 11(as specified), 13-18 (limited purpose), 19, 20(stip), 21(stip), 24, 26(as specified), 30(limited purpose), 31, 32, 34, 35, 38, 40, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 69.

    Admitted Defendant's Exhibits - 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 88, 91, 92, 93, 94, 95, 96, 97, 98, 99, 102, and 104.

*11-cv-02973-JLK*
*Final Trial Preparation Conference*
*September 11, 2014*

The following objections were SUSTAINED and these exhibits will not be admitted:

> Plaintiff's Exhibits 7, 8, 9, 10, 43, 45 and 90(can be brought out later if basis is established).

> Defendant's Exhibit 90.

The following Exhibits are WITHDRAWN:

> Defendant's Exhibits 100, and101.

The following Exhibits have ruling WITHHELD until trial:

> Plaintiff's Exhibits 41, 42, 62, 63, 64, 65, 66, 67, 68, and Defendant's Exhibit 103.

Plaintiff's Exhibit 44 can only be used for impeachment on cross examination and will not be shown to the Jury.

Defendant's Exhibit 97 will not be admitted and can only be used to refresh memory.

Discussion regarding witnesses, trial schedule, amending the pretrial order, exhibits, and opening statements.

**ORDERED:   Defendant's Motion To Amend Pretrial Order to Add Three Names To Its Witness List (Filed 9/5/14; Doc. No. 68) is GRANTED.**

**ORDERED:**   Ruling on **Motion to Amend Pretrial Order (Filed 9/5/14; Doc. No. 72) is DEFERRED.**

Discussion regarding Defendant's Motion in Limine and trial briefs.

**ORDERED:   Defendant's Motion In Limine (Filed 8/12/14; Doc. No. 57) is GRANTED.**

**ORDERED:   Plaintiff's Motion In Limine (Filed 8/12/14; Doc. No. 59) is DENIED.**

**11:23 a.m.   Court in recess.**
Hearing concluded.
Total time in court: 1 hour 11 minutes.