IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cr-02973-JLK

MOE AMAN,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a King Soopers,
a Kansas corporation,

    Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF TRIAL EXHIBITS, DEPOSITIONS, TRANSCRIPTS, AND PAPERS

---

    Following the completion of trial, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, depositions, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado this 26th day of September, 2014.

                                               BY THE COURT:

                                               _____
                                               John L. Kane, Senior Judge
                                               United States District Court

_____            _____
Counsel for Plaintiff                                   Counsel for Defendant