IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02973-JLK

MOE AMAN,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
A Kansas Corporation d/b/a King Soopers,

    Defendant.

## FINAL JUDGMENT

This matter was tried as to Plaintiff's claims on September 22, 2014 through September 26, 2014, before a duly sworn jury of twelve, the Honorable Judge John L. Kane presiding. The Jury was excused from service on September 29, 2014. At the conclusion of both the Plaintiff's case and the Defendant's case, the Court heard oral arguments and statements of counsel and made its findings of fact and conclusions of law, which are incorporated herein by reference as if fully set forth. Accordingly it is

ORDERED that the Defendant's Oral Motion for Judgment as a Matter of Law Under Federal Rules of Civil Procedure 50 is GRANTED as to all claims. It is

FURTHER ORDERED that this case is DISMISSED.

DATED this _6th__ day of October, 2014.

                FOR THE COURT:

                Jeffrey C. Collwell, Clerk

                By:    s/Bernique Abiakam, Deputy Clerk