IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02973-JLK

MOE AMAN,

      Plaintiff,

v.

DILLON COMPANIES, INC., A Kansas Corporation d/b/a KING SOOPERS,

      Defendant.

---

ORDER
DENYING REQUEST FOR FREE TRANSCRIPT

---

Kane, Senior Judge

      Plaintiff Moe Aman has submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The motion will be granted in part and denied in part.

      The Court has examined the file and finds that Mr. Aman has shown an inability to pay the required filing fees and the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Therefore, Mr. Aman will be allowed to proceed on appeal pursuant to 28 U.S.C. § 1915(a) without prepayment of fees or security therefor.

      However, the Court finds that this appeal does not present a substantial question, i.e., a significant issue that is unique, unusual or reasonably debatable.  Therefore, pursuant to 28 U.S.C. § 753(f), Mr. Aman's request for a free transcript will be denied. Accordingly, it is

ORDERED that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24, ECF No. 93, is granted in part and denied in part.  It is

FURTHER ORDERED that Mr. Aman may proceed on appeal without prepayment of fees or security therefor.  It is

FURTHER ORDERED that Mr. Aman's request for a free transcript is denied because the Court finds that this appeal does not present a substantial question.  Mr. Aman may pay the estimated transcript fee in advance or make his own arrangements with the court reporter to pay for the cost of the transcript.

DATED at Denver, Colorado this ___7th___ day of November, 2014.

BY THE COURT:

/s/John L. Kane_____
SENIOR U.S. DISTRICT JUDGE